Randall T. Garteiser
State Bar No. 231821
rgarteiser@ghiplaw.com
Christopher A. Honea
State Bar No. 232473
chonea@ghiplaw.com
GARTEISER HONEA
795 Folsom St., Floor 1
San Francisco, CA  94107
119 W Ferguson, Tyler, TX  75702
Telephone:  (415) 785-3762
Facsimile:  (888) 908-4400

Attorney for Plaintiff,
CELLSPIN SOFT INC.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| CELLSPIN SOFT, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>GARMIN INTERNATIONAL, INC., and GARMIN USA, INC.<br><br>    Defendants. | Case No. 4:20-cv-03673-YGR<br><br>**JOINT MOTION TO STAY** |

Plaintiff Cellspin Soft, Inc. ("Cellspin"), together with Defendants Garmin International, Inc. and Garmin USA, Inc. ("Garmin"), respectfully submit this Joint Motion to Stay.

The instant action was filed by agreement of the parties, and in accordance with instructions from Judge Gonzalez Rogers in the related case involving these same parties and the same asserted patent (among others).  That related case number is: 4:17-cv-05934-YGR. Briefly, the instant action relates to one of four total patents asserted in the existing case, and such patent has (by agreement, motion, and Order) been severed from the main case such that

it can be separately stayed pending appeal of an IPR decision to the Court of Appeals for the Federal Circuit. The Parties therefore jointly move the Court for an Order STAYING this case, pending the appeal of the IPR decision to the Federal Circuit.

     A Proposed Order is being submitted herewith.

Respectfully submitted,

June 22, 2020
                                        */s/ Randall Garteiser*
                                        Counsel for Plaintiff
                                        CellSpin Soft, Inc.

                                        */s/ Rachael Lamkin*
                                        Counsel for Defendants
                                        Garmin International, Inc., and
                                        Garmin USA, Inc.

## ATTESTATION

     Pursuant to Civil L.R. 5-1(i)(3) regarding signatures, I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from its signatories.

                                        */s/ Randall Garteiser*
                                        Randall Garteiser